No. 91–8350. SPENCER *v.* SPENCER. Sup. Ct. Iowa. Certiorari denied.

No. 91–8351. CARSON *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–8353. TUDOROV *v.* COLLAZO. C. A. 2d Cir. Certiorari denied.

No. 91–8356. AYARS ET UX. *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 91–8358. HARRISON *v.* PARKE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–8359. GEARHEART *v.* SULLIVAN. C. A. 4th Cir. Certiorari denied.

No. 91–8360. HOLLINRAKE *v.* HOLLINRAKE. Sup. Ct. Iowa. Certiorari denied.

No. 91–8366. PRUNTY *v.* SOUTHERN OHIO CORRECTIONAL INSTITUTE. Sup. Ct. Ohio. Certiorari denied.

No. 91–8367. PHILLIPS *v.* COUNTY OF MONTGOMERY, OHIO. C. A. 6th Cir. Certiorari denied.

No. 91–8368. ROBINSON *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 91–8369. BANKS *v.* SAN DIEGO COUNTY ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–8374. ROBINSON *v.* UNITED STATES MAGISTRATE ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–8375. ROBINSON *v.* GREGORY ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–8376. JUNGBLUT *v.* CRIST, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 91–8378. JACOBS ET AL. *v.* DUJMOVIC ET AL. C. A. 10th Cir. Certiorari denied.